THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES CINI, GERALD CRITELLI, JAMES PICORELLI and JOSEPH LODTA, Appellants.

(Argued June 1, 1936; decided July 8, 1936.)

*Samuel M. Fleischman* for James Picorelli et al., appellants.

*Burt A. Duquette* for Gerald Critelli, appellant.

*Raymond A. Knowles, District Attorney,* for respondent.

As to each defendant, judgment affirmed; no opinion.

Concur: CRANE, Ch. J., HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.   Dissenting: LEHMAN and O'BRIEN, JJ.